IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WANG DONG, a/k/a Jack Wang,<br>    a/k/a UglyGorilla<br>SUN KAILIANG, a/k/a Sun Kai<br>    Liang, a/k/a Jack Sun<br>WEN XINYU, a/k/a Wen Xin Yu,<br>    a/k/a WinXYHappy, a/k/a<br>    Win_XY, a/k/a Lao Wen<br>HUANG ZHENYU, a/k/a Huang Zhen<br>    Yu, a/k/a hzy_lhx<br>GU CHUNHUI, a/k/a Gu Chun Hui,<br>    a/k/a KandyGoo | Criminal No. 14-118<br><br>**UNDER SEAL**<br><br>FILED<br>MAY -1 2014<br>CLERK U.S. DISTRICT COURT<br>WEST. DIST. OF PENNSYLVANIA |

MOTION FOR ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and James T. Kitchen, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendants WANG DONG, a/k/a Jack Wang, a/k/a UglyGorilla; SUN KAILIANG, a/k/a Sun Kai Liang, a/k/a Jack Sun; WEN XINYU, a/k/a Wen Xin Yu, a/k/a WinXYHappy, a/k/a Win_XY, a/k/a Lao Wen; HUANG ZHENYU, a/k/a Huang Zhen Yu, a/k/a hzy_lhx; and GU CHUNHUI, a/k/a Gu Chun Hui, a/k/a KandyGoo, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging

the defendants with Conspiracy to Commit Computer Fraud, Illegal Access and Obtaining Information from a Protected Computer, Intentional Damage to a Protected Computer, Aggravated Identity Theft, Economic Espionage, and Theft of Trade Secrets , in violation of Title 18, United States Code, Sections 1030(b); 1030(a)(2)(C) and (c)(2)(B)(i)-(iii); 1030(a)(5)(A) and (c)(4)(B) and 2; 1028A(a)(1), (b), (c)(4) and 2; 1831(a)(2), (a)(4) and 2; and 1832(a)(2), (a)(4) and 2.

Recommended bond:   Detention.

                                          Respectfully submitted,

                                          DAVID J. HICKTON
United States Attorney

By: _____
JAMES T. KITCHEN
Assistant U.S. Attorney
PA ID No. 308565